AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CHRISTOPHER MAURER

)
) Case: 1:23-mj-00041
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 2/21/2023
) Description: Complaint W/ Arrest Warrant
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) __CHRISTOPHER MAURER__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly and Dangerous Weapon;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Engaging in an Act of Physical Violence on Capitol Grounds or Buildings.

Date: __02/21/2023__                         _/s/ M.A. Upadhyaya_
                                             Digitally signed by Moxila A. Upadhyaya
                                             Date: 2023.02.21 11:43:19 -05'00'
                                             *Issuing officer's signature*

City and state: __Washington, D.C.__         __Moxila A. Upadhyaya, U.S. Magistrate Judge__
                                             *Printed name and title*

---

### Return

This warrant was received on (date) __2/21/2023__, and the person was arrested on (date) __2/22/2023__
at (city and state) __WESTBROOK, MAINE__.

Date: __2/22/2023__
                                             _[signature]_
                                             *Arresting officer's signature*

                                             __KURT S. ORMBERG  FBI__
                                             *Printed name and title*  SPECIAL AGENT