UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | |
| : | Case No.: 23-cr-00145 (JEB) |
| CHRISTOPHER MAURER,   : | |
| : | |
| : | |
| Defendant.   : | |

**NOTICE OF APPEARANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Holly F. Grosshans is entering her appearance in the above-captioned matter as counsel for the United States.

                                           Respectfully submitted,

DATED: May 8, 2023                MATTHEW M. GRAVES
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 481052

                               By:    */s/ Holly F. Grosshans*
                                            HOLLY F. GROSSHANS
                                            Assistant United States Attorney
                                            D.C. Bar No. 90000361
                                            U.S. Attorney's Office for the District of Columbia
                                            601 D Street, N.W.
                                            Washington, D.C. 20530
                                            Phone: (202) 252-6737
                                            Email:  Holly.Grosshans@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 8th day of May, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Holly F. Grosshans*
HOLLY F. GROSSHANS
Assistant United States Attorney