### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   Case No. 23-145-JEB |
| **CHRISTOPHER MAURER** | * |

\* * * * *

### MOTION TO WITHDRAW APPEARANCE

Alfred Guillaume III moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. Undersigned counsel has represented Mr. Maurer pursuant to a Criminal Justice Act appointment since March 9, 2023.

2. Counsel and/or his investigator have met with Mr. Maurer at the Central Treatment Facility on seven different occasions.

3. Mr. Maurer has expressed his desire for new counsel to be appointed. He believes that he has not had sufficient time with counsel to prepare for trial.

4. Undersigned counsel is confident that he can competently represent Mr. Maurer at his upcoming January 2024 trial.

5. However, counsel understands that Mr. Maurer does not feel comfortable with him remaining as his attorney and believes that Mr. Maurer may benefit from new counsel.

6. Within the last month(s), Mr. Maurer has refused visits from counsel and/or his investigator. Communication is now non-existent between

counsel and his client.

**WHEREFORE**, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter if the court deems his request appropriate, and/or schedule a status conference.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 12th day of October 2023, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
_____
Alfred Guillaume III