# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: 23-cr-00145 JEB |
| **CHRISTOPHER MAURER** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DEFENDANT'S REPLY IN OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE

The Defendant, Christopher Maurer, by and through counsel, Nicholas G. Madiou, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., hereby moves this Honorable Court to extend the deadline for Mr. Maurer to file his reply in opposition to the Government's Motion in Limine. In support of this Motion, counsel states as follows:

1. Per prior order of the Court, the defendant's reply in opposition to the Government's Motion in Limine is due on or before March 19, 2024.

2. A status conference in this matter is currently scheduled for March 19, 2024 at 2:00 p.m. The parties intend to ask the Court to set trial dates and motions deadline schedule at the status conference.

3. At this time, counsel respectfully requests that this Court extend the deadline for Mr. Maurer to file his reply in opposition to the Government's

1

Motion in Limine and to reset this deadline in conjunction with a new pretrial motions and trial schedule in this case.

4. This motion is unopposed. The undersigned counsel has conferred with Assistant United States Attorney Kaitlin Klamann, who has indicated that the Government **does not oppose** this request. Additionally, the Government has indicated that they will not consent to any further extensions.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court extend the deadline for Defendant to file it's reply in opposition to the Government's Motion in Limine and reset this deadline in conjunction with a new pretrial motions and trial schedule in this case.

Respectfully submitted,

/s/
_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Nicholas G. Madiou