AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cr-00145 (JEB) |
| Christopher Maurer | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendant.

Date: 03/20/2024

/s/ Barry Coburn
*Attorney's signature*

Barry Coburn, DC Bar No. 358020
*Printed name and bar number*

Coburn, Greenbaum & Eisenstein PLLC
1710 Rhode Island Avenue, NW, 2nd Fl.
Washington, DC  20036
*Address*

barry@coburngreenbaum.com
*E-mail address*

(202) 643-9472
*Telephone number*

(866) 561-9712
*FAX number*