AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CR-000145-JEB-1 |
| CHRISTOPHER MAURER | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHRISTOPHER MAURER.

Date:   July 24, 2024

*Attorney's signature*

Amy C. Collins, D.C. Bar No. 1708316
*Printed name and bar number*

888 17th Street, NW, Suite 1200
Washington, D.C. 20006
*Address*

amy@amyccollinslaw.com and acollins@kalbianhagerty.com
*E-mail address*

(228) 424-0609
*Telephone number*

N/A
*FAX number*