# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No.: 1:23-cr-000145-JEB-1** |
| : | |
| **CHRISTOPHER MAURER,** : | |
| : | |
| *Defendant.* : | |

## DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

Christopher Maurer, by and through undersigned counsel, respectfully moves to substitute Amy C. Collins as counsel of record in the place of Marc Eisenstein and Barry Coburn in the above-listed matter. In support of this Motion, counsel submits as follows:

1. Mr. Eisenstein and Mr. Coburn both entered a Notice of Appearance as appointed counsel for Mr. Maurer. *See* ECF No. 38; ECF No. 39. Mr. Maurer has since retained the undersigned as counsel.

2. On July 24, 2024, the undersigned filed her Notice of Appearance as retained counsel for Mr. Maurer. *See* ECF No. 49.

3. Accordingly, Mr. Maurer respectfully requests that this Court substitute counsel in the above-listed matter.

Respectfully submitted,

  /s/  Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of July 2024, I have served this Motion upon the Clerk of Court and the parties in this matter through the CM/ECF system.

/s/  Amy C. Collins
Amy C. Collins