UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:23-cr-00145-JEB-1 |
| **CHRISTOPHER MAURER,** | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 44.5(d), undersigned counsel respectfully requests that this Court grant her leave to withdraw as counsel in the above-captioned matter. In support of this Motion, counsel submits as follows:

1. There appears to have been an irreparable breakdown in communication between Mr. Maurer and counsel, who was retained by Mr. Maurer last month.

2. Mr. Maurer wishes to proceed *pro se.* However, counsel believes Mr. Maurer's sentencing efforts would be greatly disadvantaged if he does not proceed with some counsel of the record operating in some capacity. Accordingly, should the Court deem it appropriate, counsel is willing to assist as hybrid counsel (meaning that counsel would participate in the presentencing interview conducted by U.S. Probation, draft and file objections to the Presentencing Report ("PSR"), a memorandum in aid of sentencing on Mr. Mauer's behalf, and, if applicable, a Notice of Appeal on Mr. Mauer's behalf, and present arguments at sentencing on Mr. Mauer's behalf) or standby counsel (meaning that counsel would be available for Mr. Maurer to consult at the aforementioned respective junctures and file any respective documents with the Court).

3.  Mr. Maurer's presentencing interview is scheduled for August 28, 2024. U.S. Probation has requested the PSR disclosure documents by August 27, 2024. Counsel has not yet obtained completed PSR disclosure documents from Mr. Maurer. However, to allow Mr. Maurer to have sufficient time to submit these documents if he does in fact proceed *pro se*, for example, counsel queried U.S. Probation as to whether the presentencing interview can be rescheduled to a later date. U.S. Probation has indicated availability next week.

4.  Counsel believes that an *ex parte* hearing on this request would be helpful to the Court in ultimately making a determination on this Motion.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 26th day of August 2024, I have served this Motion upon Mr. Maurer through U.S. Mail at his last-known address and upon all other parties in this matter through the CM/ECF system.

_____/s/_____
Amy C. Collins