Leave to file GRANTED

James E. Boasberg  10/11/24
Chief Judge   Date

Oct, 1 2024

DKT. NO: 1:23-CR-00145

1:23-cr-00145-JEB-1

Judge Boasberg,

I am writing today to Request a Continuance Due, to Never Have been given my Video Discovery. In the short time Ms. Collins Represented me, her focus was on a plea Deal and Not my Desire for a Bench Trial. So, I find myself again without Counsel and Sentencing Approaching. I do Not have any way of Adequately giving my Closing Statement on Accounts of that Day to Defend, or Explain the Circumstances Surrounding them.

I would like to be given time to Recieve and Prepare for my Sentencing. If At All Possible I would like to be Granted Access to All Evidence of that Day, Including, Evidence.Com here on our Issued Tablets at DCDOC. Thank you for your time.

Sincerely,
Christopher D. Maurer

RECEIVED
Mail Room
OCT - 9 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia